IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

HARRY H. KROUSKOUPF, III, *et al.*,

  Plaintiffs, : Case No. 2:19-cv-3045

 -vs- Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

MUSKINGUM COUNTY JAIL, *et al*.,
:
  Defendants.

## ORDER

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on August 27, 2019. (ECF No. 6). In that filing, the Magistrate Judge recommended that Plaintiff Terry M. Bocook's action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Magistrate Judge also recommended that no filing fee be assessed to Plaintiff Bocook and that he be ordered to list this action as a related case if he re-files. The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 6) and **DISMISSES WITHOUT PREJUDICE** the Complaint as to Plaintiff Terry M. Bocook **only**. No filing fee shall be assessed to Plaintiff Bocook in this matter. Further, Plaintiff Bocook is **ORDERED** to list the instant action as a related case if he re-files his complaint.

    **IT IS SO ORDERED.**

                                      /s/ Sarah D. Morrison
                                     SARAH D. MORRISON
                                     UNITED STATES DISTRICT JUDGE