# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

HARRY H. KROUSKOUPF, III,

  Plaintiff, : Case No. 2:19-cv-3045

 -vs-                                  Judge Sarah D. Morrison
                                          Magistrate Judge Chelsey M. Vascura

MUSKINGUM COUNTY JAIL, *et al.*,

                                            :

  Defendants.

## ORDER

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on September 12, 2019. (ECF No. 7). After performing an initial screen of remaining Plaintiff[1] Harry Krouskoupf's claims pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A, the Magistrate Judge recommended that the action be dismissed for failure to state a claim upon which relief may be granted. The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 7) and **DISMISSES** the Complaint (ECF No. 5). The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                                            /s/ Sarah D. Morrison
                                            SARAH D. MORRISON
                                            UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff Terry Bocook was dismissed from this action on September 12, 2019. (ECF No. 8).